# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE V. TAYLOR, | No. 2:17-cv-0402-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA MEDICAL FACILITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, initiated this action by filing a request for documents needed to file a civil rights complaint or motion for a restraining order.  The Clerk of the Court sent plaintiff the court's packet of documents for filing a civil rights complaint, and informed him that the court would not refuse to file a document that was not in the proper format.  However, plaintiff has filed nothing since then.

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and either an application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or pay the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2).  The request for documents plaintiff filed is insufficient to even be

1 considered a complaint.

2 Plaintiff will be provided the opportunity to file a complaint, and to submit either

3 a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is

4 warned that failure to file an appropriate complaint and resolve the fee status of this case within

5 the time provided may result in the dismissal of this action for lack of prosecution and failure to

6 comply with court rules and orders. See Local Rule 110.

7 Accordingly, IT IS HEREBY ORDERED that:

8 1. Plaintiff shall file a complaint that complies with the requirements of the

9 Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules within thirty days of

10 the date of this order;

11 2. Plaintiff shall further submit on the form provided by the Clerk of the

12 Court, within 30 days from the date of this order, a complete application for leave to proceed in

13 forma pauperis, with the required certified copy of his trust account statement, or the appropriate

14 filing fee; and

15 3. The Clerk of the Court is directed to send plaintiff a new form Application

16 to Proceed In Forma Pauperis By a Prisoner and the court's form for filing a civil rights action.

17

18 DATED: May 15, 2018

19

20 **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26